AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### District of Rhode Island  ▾

| | |
|---|---|
| ADELE S. ANGELONE, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> MONARCH RECOVEY MANAGEMENT, INC and ASSET ACCEPTANCE. LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 13-396-ML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ASSET ACCEPTANCE, LLC
C/O CT CORPORATION SYSTEM
450 VETERANS MEMORIAL PARKWAY, SUITE 7A
EAST PROVIDENCE, RHODE ISLAND 02914

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  PETER N. WASYLYK
LAW OFFICES OF PETER N. WASYLYK
1307 CHALKSTONE AVENUE
PROVIDENCE, RHODE ISLAND 02908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/15/13

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*  9/3/13

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kayla St. Sauveur , who is
designated by law to accept service of process on behalf of *(name of organization)* Asset Acceptance, LLC
CT Corporation System _____ on *(date)* 9/3/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  9/3/13  10:00AM

_____
Server's signature

Joseph Clark (constable
Printed name and title

20 Honefield Av. Providence, R.I. 02908
Server's address

Additional information regarding attempted service, etc: