IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADELE S. ANGELONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MONARCH RECOVERY MANAGEMENT, INC. and ASSET ACCEPTANCE, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 1:13-cv-00396-ML-PAS |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, ASSET ACCEPTANCE, LLC

NOW COMES Defendant, Asset Acceptance, LLC ("Asset") by and through its counsel, Hinshaw & Culbertson LLP and submits its Corporate Disclosure Statement pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, averring as follows:

1. Fed.R.Civ.P. 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation.

2. Asset Acceptance, LLC, is a wholly owned subsidiary of Asset Acceptance Capital Corp., a non-governmental entity. Asset Acceptance Capital Corp. is a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Asset Acceptance Capital Corp.

                         Respectfully submitted
                         ASSET ACCEPTANCE, LLC
                         By Its Attorneys,

                         */s/ Ranen S. Schechner*
                         Ranen S. Schechner, No.: 6943
                         rschechner@hinshawlaw.com
                         Hinshaw & Culbertson LLP
                         321 South Main Street, Suite 301
                         Providence, RI 02903
                         Tel: 401-751-0842
Date: September 24, 2013      Fax: 401-751-0072

## **CERTIFICATE OF SERVICE**

    I, Ranen S. Schechner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2013.

                         */s/ Ranen S. Schechner*
                         Ranen S. Schechner