IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADELE S. ANGELONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>**vs.**<br><br>MONARCH RECOVERY MANAGEMENT, INC. and ASSET ACCEPTANCE, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 1:13-cv-00396-ML-PAS |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, MONARCH RECOVERY MANAGEMENT, INC.

NOW COMES Defendant, Monarch Recovery Management, Inc. ("Monarch") by and through its counsel, Hinshaw & Culbertson LLP and submits its Corporate Disclosure Statement pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, averring as follows:

1. Fed.R.Civ.P. 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation.

2. There is no such parent corporation or publicly held corporation owning 10% or more of Monarch's stock.

        Respectfully submitted
        MONARCH RECOVERY MANAGEMENT, INC.
        By Its Attorneys,

        */s/ Ranen S. Schechner*
        Ranen S. Schechner, No.: 6943
        rschechner@hinshawlaw.com
        Hinshaw & Culbertson LLP
        321 South Main Street, Suite 301
        Providence, RI 02903
        Tel: 401-751-0842
Date: September 24, 2013        Fax: 401-751-0072

## **CERTIFICATE OF SERVICE**

    I, Ranen S. Schechner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2013.

        */s/ Ranen S. Schechner*
        Ranen S. Schechner