(eff. 3/10)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**


Adele S. Angelone, *individually*
*and on behalf of all others*
*similarly situated*

        v.                                                    CA 13-396ML

Monarch Recovery Management, Inc.
*and*
Asset Aceptance, LLC



**STANDARD RULE 16(b) SCHEDULING CONFERENCE NOTICE**

    A Rule 16(b) pretrial scheduling conference regarding the above case will be held before Chief United States District Judge **Mary M. Lisi** in Chambers (third floor) on **Thursday, Ocotber 24, 2013 at 9:30 a.m.**


    In order to facilitate an informed discussion of the merits of the case and the prospect for settlement, lead counsel are required to confer <u>prior</u> to that time for the following purposes (pursuant to counsel's obligations under Fed. R. Civ. P. 26(f)):

    1.   Exchanging relevant information and documents;

    2.   Identifying the facts that are in dispute;

    3.   Identifying the legal issues;

    4.   Identifying as precisely as possible the nature of the discovery contemplated by each party;

    5.   Exploring the possibility of settlement before substantial expenditures of time and money are made;

    6.   Possible referral to ADR (Alternative Dispute Resolution) in the form of a mandatory Settlement

Conference before a Magistrate Judge or a conference with the ADR Administrator (the ADR Summary can be found at http://www.rid.uscourts.gov/adr.asp ).

In addition, at least seven (7) days prior to the conference, counsel for each party asserting a claim (including a counterclaim and/or cross-claim) shall electronically file a written statement no longer than three (3) pages in length which summarizes the facts of the case and identifies any legal issues which may arise.

Trial counsel(including counsel admitted *pro hac vice*) must attend the conference, unless previously excused by the presiding judge, and should be prepared to discuss each of the aforementioned subjects.

**Counsel are instructed to notify the clerk for the undersigned judge if counsel for any party has been omitted from the list of counsel receiving this notice.**

/s/John Duhamel
Deputy Clerk
**September 25, 2013**

**Notice Sent To:**

**John T. Longo, Esq.**
**Peter N. Wasylyk, Esq.**
**Ranen S. Schechner, Esq.**